IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| JOYCE D. HIGGS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| COSTA CROCIERE S.p.A. COMPANY | § | JURY TRIAL DEMANDED |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **JOYCE D. HIGGS**, hereinafter referred to as Plaintiff, complaining of **COSTA CROCIERE S.p.A. COMPANY**, hereinafter sometimes referred to as Defendant, and for causes of action would respectfully show unto the Court as follows:

**1.**     Jurisdiction is based on 28 U.S.C. §1332(a), diversity of citizenship, inasmuch as this action is brought by a citizen of a state against a corporation which is a citizen of another county or state and the amount in controversy exceeds $75,000, exclusive of interest and costs.

**2.**     Plaintiff, **JOYCE D. HIGGS**, a citizen of the United States domiciled in the State of Michigan brings this cause of action pursuant to the General Maritime Law of the United States.

**3.**     Defendant, **COSTA CROCIERE, S.p.A. COMPANY,** a foreign corporation formed in Italy which maintains its principal place of business in Genova, Italy, was the owner and/or operator of the **M/V COSTA LUMINOSA** at all times relevant hereto.  This Defendant is registered to do business in the State of Florida and may be served with process by serving its registered agent in the State of Florida, C T CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, #250, PLANTATION, FL 33324.

4. Venue and divisional venue are proper in this case pursuant to a restriction placed in the terms and conditions of the passenger ticket by Defendant requiring all personal injury claims in excess of $75,000 to be brought in the United States District Court for the Southern District of Florida in Broward County, Florida.

5. On or about **December 24, 2014**, Plaintiff was a fare paying passenger on the **M/V COSTA LUMINOSA**. On that date, Plaintiff sustained serious and disabling injuries including the fracture of her arm/shoulder when, while carrying her plate from the Andromeda breakfast buffet to her table, she tripped over a cleaning bucket left in the aisle by the vessel's crew and fell to the floor. Plaintiff's injuries and damages complained of herein were proximately caused by the negligence of Defendant, its employees, servants and/or agents by carelessly leaving a cleaning bucket so as to create a tripping hazard in an area where passengers would ordinarily be walking, as well as failing to properly post warning and protective devices around such a tripping hazard.

6. Plaintiff has sustained damages in the past and will continue to sustain damages in the future as a result of this incident. There are certain elements of damage, provided by law, that Plaintiff is entitled to have the fact finder consider separately to determine the sum of money that will fairly and reasonably compensate her for the injuries, damages, and losses she has and will incur. These damages include:

    a. Physical pain that Plaintiff has and will suffer;

    b. Mental anguish that Plaintiff has and will suffer;

    c. Physical impairment that Plaintiff has and will suffer;

    d. Disfigurement that Plaintiffs has and will suffer;

    e. Reasonable and necessary medical and care expenses that Plaintiff has incurred and will incur in the future as a result of his injuries.

7. Plaintiff is further entitled to prejudgment interest as may be allowed by law.

8. Plaintiff demands a jury trial and requests that this case be placed on the Court's jury trial docket.

WHEREFORE, Plaintiff prays that Defendant be served with process, requiring it to appear and answer, and that upon trial of this matter, Plaintiff have judgment against Defendant for all damages heretofore pleaded, for prejudgment interest as allowed by law, for post-judgment interest and for all such other relief which the Court deems appropriate.

Respectfully submitted,

/s/ Angela Arango-Chaffin
_____
Angela Arango-Chaffin, Esq.
Florida Bar No. 87919
angela@chaffinlawfirm.com
90 Alton Rd, Ste. 2704
Miami Beach, FL 33139
Tel.: (713) 818-2515
Fax: (713) 952-5972

ATTORNEY FOR PLAINTIFF

OF COUNSEL:

Robert A. Chaffin
The Chaffin Law Firm
4265 San Felipe Ste 1020
Houston TX 77027
713-528-1000
Fax 713-952-5972
robert@chaffinlawfirm.com