UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60280-CIV-COHN/SELTZER

JOYCE D. HIGGS,

    Plaintiff,

v.

COSTA CROCIERE S.p.A., Co.

    Defendant.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon a jury verdict returned on September 27, 2018 [DE 243] and upon the Court's Order Granting in Part Plaintiff's Motion to Enter Judgment [DE 264].  It is thereupon

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Joyce D. Higgs and against Defendant Costa Crociere S.p.A., Co. as follows:

1. Past general damages in the amount of $650,000.00, less 10% representing Plaintiff's comparative negligence, for net past general damages of $585,000.00.  Applying prejudgment interest at a rate of 3.85% per annum compounded annually yields $676,080.27 of past general damages plus interest.

2. Past medical expenses in the amount of $16,326.01, less 10% representing Plaintiff's comparative negligence, for net past medical expenses of $14,693.41.  Applying prejudgment interest at a rate of 3.85% per annum

    compounded annually yields $16,981.07 of past medical expenses plus interest.

3. Future general damages in the amount of $500,000.00, less 10% representing Plaintiff's comparative negligence, for net future general damages of $450,000.00.

4. Past general damages with interest of $676,080.27, plus past medical expenses with interest of $16,981.07, plus future general damages of $450,000.00 yields a total judgment in the amount of **$1,143,061.34**

5. Post-judgment interest shall accrue at the rate of 2.67% per annum.

6. Execution may issue for this judgment.

7. The Clerk of Court is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of October, 2018.

                                        JAMES I. COHN
                                        United States District Judge

Copies provided to:
Counsel of record via CM/ECF