UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60280-CIV-COHN/SELTZER

JOYCE D. HIGGS,

    Plaintiff,

vs.

COSTA CROCIERE S.p.A. COMPANY,

    Defendant.
    _____/

## **NOTICE OF APPEAL**

Notice is hereby given that Costa Crociere S.p.A., Defendant in the above-styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, from (1) the Order denying Defendant's motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50 (DE 241); (2) the jury's verdict, as returned on September 27, 2018 (DE 243); (3) the Order denying Defendant's motion for judgment as a matter of law and motion for new trial pursuant to Federal Rules of Civil Procedure 50 and 59 (DE 282), entered in this action on January 3, 2019; and (4) all previous rulings, including the omnibus Order granting in part and denying in part various motions *in limine* (DE 225).

    Respectfully submitted,

    */s/ W. Cooper Jarnagin*
    Richard J. McAlpin
    FL Bar No. 438420
    RMcAlpin@McAlpinConroy.com
    W. Cooper Jarnagin
    FL Bar No. 117767
    CJarnagin@McAlpinConroy.com
    **McALPIN CONROY, P.A.**
    80 S.W. 8th Street, Suite 2805
    Miami, Florida 33130

            Telephone: 305-810-5400
            Facsimile: 305-810-5401

**CERTIFICATE OF SERVICE**

   We certify that on <u>January 29, 2019</u>, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              Respectfully submitted,

              */s/ W. Cooper Jarnagin*
              W. Cooper Jarnagin
              FL Bar No. 117767
              CJarnagin@McAlpinConroy.com

**SERVICE LIST**

| | |
|---|---|
| Robert A. Chaffin [Texas State Bar No. 04057500]<br>robert@chaffinlawfirm.com<br>Nicholas A. Homan<br>State Bar of Texas No. 24083194<br>State Bar of California No. 297113<br>nick@chaffinlawfirm.com<br>*pro hac vice*<br><br>The Chaffin Law Firm<br>4265 San Felipe Ste 1020<br>Houston, TX 77027<br>Telephone: (713) 528-1000<br>Fax Number: (713) 952-5972<br>*Plaintiff's counsel* | Angela Arango-Chaffin<br>Florida Bar No. 87919<br>angela@chaffinlawfirm.com<br>90 Alton Road Apt 2704<br>Miami Beach, FL 33139<br>*Plaintiff's counsel*<br><br>James C. Higgs<br>[State Bar of Michigan No. P69514]<br>jameshiggs@steinandhiggs.com<br>*pro hac vice*<br>Stein & Higgs PLLC<br>117 S. University Avenue<br>Mount Pleasant, MI 48858<br>(989) 317-2396<br>Fax 989-773-7043<br>*Plaintiff's counsel* |

MCALPIN CONROY, P.A.
80 SOUTHWEST 8TH STREET, SUITE 2805, MIAMI, FLORIDA 33130 * TEL. (305) 810-5400 * FAX (305) 810-5401