IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| JOYCE D. HIGGS | § | |
| | § | |
| VS. | § | C. A. NO. 15-cv-60280-COHN-SELTZER |
| | § | |
| COSTA CROCIERE S.p.A. COMPANY | § | |

## PLAINTIFF'S NOTICE OF CROSS-APPEAL

Notice is hereby given that Joyce D. Higgs, Plaintiff in the above-styled case, hereby cross-appeals to the United States Court of Appeals for the Eleventh Circuit concerning the District Court's Order Granting In Part Plaintiff's Motion to Enter Judgment (Doc. 264) filed on October 23, 2018 and the Final Judgment (Doc. 265) filed on October 24, 2018. Plaintiff only appeals the foregoing orders to the extent that the District Court reduced the jury's award of past medical expenses by eliminating those portions that were contractually "written off" and only awarding expenses that were "actually paid".

Respectfully submitted,

THE CHAFFIN LAW FIRM

/s/Robert Chaffin
Robert A. Chaffin, *Pro Hac Vice*
Texas Bar No. 04057500
Federal Bar No. 5838
robert@chaffinlawfirm.com
Nicholas A. Homan, *Pro Hac Vice*
State Bar of Texas No. 24083194
S.D.TX Bar No. 2782996
nick@chaffinlawfirm.com
4265 San Felipe Ste. 1020
Houston, TX 77027
713-528-1000
713-952-5972/Fax

ATTORNEYS FOR PLAINTIFF, JOYCE HIGGS

## CERTIFICATE OF SERVICE

       I certify that on February 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      /s/Robert Chaffin
                                                      Robert A. Chaffin

## SERVICE LIST

Mr. Richard J. McAlpin
Mr. Cooper Jarnagin
McAlpin Conroy PA
80 SW 8th St Ste. 2805
Miami FL 33130
Fax #305-810-5401
Attorneys for Defendant, COSTA CROCIERE S.p.A. COMPANY