UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60280-CIV-COHN

JOYCE D. HIGGS,

     Plaintiff,

v.

COSTA CROCIERE S.p.A., Co.

     Defendant.

_____/

## ORDER REQUIRING SUBMISSION OF PROPOSED AMENDED JUDGMENT

**THIS CAUSE** is before the Court upon the mandate of the United States Court of

Appeals for the Eleventh Circuit [DE 301].  The Eleventh Circuit has remanded with

instructions for entry of final judgment reinstating the amount of medical expenses found

to be reasonable by the jury, discounted by 10% for Higgs' comparative negligence.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that on or before **September 28, 2020**, the parties

shall confer and submit a joint proposed Amended Judgment.  If the parties cannot

agree, each party shall submit its own proposed Amended Judgment by the same date.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this 16th day of September, 2020.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of Record via CM/ECF