UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60280-CIV-COHN

JOYCE D. HIGGS,

    Plaintiff,

v.

COSTA CROCIERE S.p.A., Co.

    Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal [DE 303] ("Stipulation").  The Court has reviewed the Stipulation and the record in this case and is otherwise fully advised in the premises.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of September, 2020.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF