# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 14, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY _____ D.C.

APR 2 6 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI.

Appeal Number: **19-10371-CC**
Case Style:  Joyce Higgs v. Costa Crociere S.P.A. Company
District Court Docket No:  0:15-cv-60280-JIC

The following record materials in the referenced case are returned herewith:

<u>One Envelope of Exhibits.</u>

Sincerely,      (1) Env. containing DE 252 as to Exh. No. 62 & 63 (2 CDs).

DAVID J. SMITH, Clerk of Court

Reply to: Will Miller

Phone #: (404) 335-6115

REC-3 Ltr Returning Record to DC